Stephen G. Larson (SBN 145225)
slarson@larsonobrienlaw.com
Hilary Potashner (SBN 167060)
hpotashner@larsonobrienlaw.com
LARSON O'BRIEN LLP
555 South Flower Street, Suite 4400
Los Angeles, CA 90071
Telephone: 213-436-4888
Facsimile: 213-623-2000

Attorneys for Claimant
1001 DOUBLEDAY, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 1001 S. DOUBLEDAY AVENUE, ONTARIO, CALIFORNIA<br><br>Defendant. | Case No. 5:17-cv-01873-DMG-SP<br><br>**SUPPLEMENTAL DECLARATION OF HILARY POTASHNER IN SUPPORT OF CLAIMANT 1001 DOUBLEDAY, LLC'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE CLAIM OF 1001 DOUBLEDAY, LLC AND ENTER DEFAULT** |

SUPPLEMENTAL DECLARATION OF HILARY POTASHNER

## DECLARATION OF HILARY POTASHNER

I, Hilary Potashner, declare as follows:

1.      I am an attorney licensed to practice law before this Court and all of the courts in the State of California, and I am currently a partner at the law firm of Larson O'Brien LLP, the attorneys for Claimant 1001 Doubleday, LLC ("Doubleday") in the above-captioned matter.  I have personal knowledge of the matters set forth herein, except for those matters stated on information and belief for which I believe them to be true.

2.      On December 4, 2019, I directed Larson O'Brien associate Jennifer Cooper to visit the Franchise Tax Board's Los Angeles field office in order to revive Doubleday's corporate status.  Ms. Cooper informed me that she brought with her a copy of Doubleday's 2016 Income Tax Return—a document which I am informed and believe was submitted to the Franchise Tax Board in April 2017 along with a tax payment.  I am informed and believe that the Franchise Tax Board's representative advised Ms. Cooper that the copy of the Income Tax Return itself was insufficient to revive Doubleday's corporate status.  I am informed and believe that the representative further advised Ms. Cooper that Doubleday would need to complete three additional forms, namely, Franchise Tax Board Form 3557 A LLC; Franchise Tax Board Form 3557 LLC; and Franchise Tax Board Form 3520-BE ("Revivor Forms").

3.      On December 8, 2019, I instructed Ms. Cooper to visit the Franchise Tax Board a second time with signed copies of the Revivor Forms.  I am informed and believe that the Franchise Tax Board's representative reviewed the Revivor Forms and the copy of Doubleday's Income Tax Return.  I am informed and believe that the representative then explained to Ms. Cooper that, although the Revivor Forms were sufficient, the Income Tax Return could not be filed because it did not have a "wet signature."  I am further informed and believe that the representative advised Ms. Cooper to return to the Franchise Tax Board's office once the Income

1    Tax Return had a wet signature or a digital signature with an affidavit explaining

2    that Doubleday's representative is out of the state of California.

3          4.    I am informed and believe that, during the same visit, the Franchise

4    Tax Board's representative was able to process Doubleday's Form 3520-BE,

5    wherein Doubleday authorized power of attorney for myself, Ms. Cooper, and

6    Larson O'Brien attorney A. Alexander Lowder.  The representative explained to

7    Ms. Cooper that the Franchise Tax Board's Sacramento office would then review

8    Doubleday's Form 3520-BE to confirm the information before power of attorney

9    would be granted.  The representative advised Ms. Cooper that this process

10   generally takes from thirty (30) to ninety (90) days.

11         5.    On Friday, January 3, 2020, I instructed Larson O'Brien associate

12   Troy Tessem to submit a copy of Doubleday's 2016 Income Tax Return with the

13   requested wet signature to the Franchise Tax Board's Los Angeles field office.  Mr.

14   Tessem did so and provided me with a copy of the 2016 Income Tax Return

15   stamped "Received" by the field office.

16         6.    On Monday, January 6, 2020, my firm attempted to fax a copy of the

17   2016 Income Tax Return and the other required documents to the agent in

18   Sacramento assisting Doubleday with its efforts to revive its status.  Despite

19   multiple attempts, we were unable to secure a connection to the Franchise Tax

20   Board's facsimile line.  My firm will continue to attempt to transmit these

21   documents until we are able to secure a connection.

22         7.    I am informed and believe that upon successful transmission of these

23   documents, Doubleday will have submitted all of the documents necessary to revive

24   its corporate status, and a Notice of Restoration from the Franchise Tax Board will

25   ///

26   ///

27   ///

28   ///

SUPPLEMENTAL DECLARATION OF HILARY POTASHNER

1   be forthcoming.  The undersigned shall submit a copy of the notice upon receipt.

2       I declare under penalty of perjury under the laws of the State of California

3   that the foregoing is true and correct.

4       Executed this 6th day of January 2020, at Los Angeles, California.

5

6                           */s/ Hilary Potashner*
                          Hilary Potashner

7                           Attorney for Claimant
                          1001 DOUBLEDAY, LLC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28